UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20-10007 |
| Plaintiff, | |
| vs. | FACTUAL BASIS STATEMENT |
| RENEE KAY OLSON, | |
| Defendant. | |

---

The Defendant states that the following facts are true, and the parties agree that they establish a factual basis for the offense to which the Defendant is pleading guilty pursuant to Fed. R. Crim. P. 11(b)(3):

At all relevant times herein, Defendant Renee Kay Olson was a resident of Veblen, State and District of South Dakota. Defendant received and sent mail within and outside the State and District of South Dakota. Defendant served as the Treasurer of the Region VIII Head Start Association.

Beginning at a time unknown to the Court and the United States, but no later than in or about September 2014, and continuing to on or about June 2018, within the State and District of South Dakota, and elsewhere, Defendant devised and intended to devise a scheme and artifice to defraud the Region VIII Head Start Association of money and property, and obtained money and property from the Region VIII Head Start Association by means of materially false and fraudulent pretenses, representations, omissions, and promises. For the purpose of carrying out and executing the scheme to defraud, and in furtherance

of the scheme and artifice to defraud, Defendant knowingly caused the following items to be placed in an authorized depository for mail matter, to be sent and delivered by the United States Postal Service or by a private or commercial interstate carrier, and knowingly caused them to be delivered by the United States Postal Service or a private or commercial interstate carrier according to the directions thereon:

| On or About Date | Check Number | Check From | Amount |
| --- | --- | --- | --- |
| 11/13/2017 | 158703 | Sioux Falls School District | 828.00 |
| 5/17/2018 | 57487 | Eastern Shosone and Northern Arapaho | 590.00 |
| 11/28/2018 | 97957 | Eagle County Board of Comm'r | 148.00 |
| 7/2/2018 | 71431 | Hilton | 24.00 |
| 5/15/2018 | 19593 | Bear River Head Start | 1,092.00 |
| 5/9/2018 | 11250 | Northwest Montana Head Start | 384.00 |
| 5/9/2018 | 72883 | Oahe Child Development Center | 368.00 |
|  |  | Total: | 3,434.00 |

Defendant's conduct was in violation of 18 U.S.C. § 1341.

Defendant also falsified invoices, paid herself for travel she did not take, and unlawfully converted to her own use membership dues, by claiming those payments as Accounting Fees, the following:

| On or about Date | Check Number | Accounting Fee | Travel |
| --- | --- | --- | --- |
| 9/20/2014 | 1611 | 600.00 |  |
| 12/1/2014 | 1629 | 600.00 |  |
| 2/20/2015 | 1633 | 600.00 |  |
| 3/10/2015 | 1644 | 600.00 |  |
| 5/1/2015 | 1648 | 600.00 |  |
| 7/22/2015 | 1663 | 1,200.00 |  |
| 11/12/2015 | 1677 | 600.00 |  |
| 2/24/2016 | 1682 | 600.00 |  |
| 4/14/2016 | 1690 | 600.00 |  |

[2]

| Date | Check # | Amount | Amount |
|---|---|---|---|
| 7/18/2016 | 1704 | 1,200.00 | |
| 8/8/2016 | 1705 | 1,000.00 | |
| 8/22/2016 | 1706 | 1,000.00 | |
| 12/1/2016 | 1715 | 800.00 | |
| 1/10/2017 | 1719 | 700.00 | |
| 2/4/2017 | 1718 | | 1,050.46 |
| 3/15/2017 | 1728 | 600.00 | |
| 5/5/2017 | 1735 | 600.00 | |
| 5/18/2017 | 1736 | 600.00 | |
| 7/6/2017 | 1744 | 600.00 | |
| 8/3/2017 | 1745 | 800.00 | |
| 9/25/2017 | 1749 | 600.00 | |
| 10/23/2017 | 1747 | | 994.91 |
| 12/4/2017 | 1750 | 600.00 | |
| 3/6/2018 | 1758 | 1,200.00 | |
| 3/29/2018 | 1766 | | 1,402.37 |
| 4/8/2018 | 1765 | 850.00 | |
| Subtotals | | 17,150.00 | 3,447.74 |
| Total | | 20,597.74 | |

Defendant's conduct resulted in a total loss of approximately $24,031.74 to the Region VIII Head Start Association. At a minimum, Defendant's conduct was in violation of 18 U.S.C. § 1341.

RONALD A. PARSONS, JR.
United States Attorney

1/27/20
Date

JEREMY R. JEHANGIRI
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, SD 57101-2638
Telephone: (605)357-2353
Facsimile: (605)330-4410
E-Mail: Jeremy.Jehangiri@usdoj.gov

[3]


16 Jan 2020
Date

*Renee Kay Olson*
RENEE KAY OLSON
Defendant

16 Jan 2020
Date

*Thomas L. Sannes*
THOMAS L. SANNES
Attorney for Defendant